IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MICHAEL SHAWN CASEY,<br><br>                    Plaintiff,<br><br>v.<br><br>STATE OF UTAH et al.,<br><br>                    Defendants. | **MEMORANDUM DECISION &**<br>**DISMISSAL ORDER**<br><br><br><br>Case No. 2:15-CV-891-JNP<br><br>District Judge Jill N. Parrish |

   Plaintiff, Michael Shawn Casey, filed this *pro se* civil-rights suit, *see* 42 U.S.C.S. § 1983 (2016).  Reviewing the Amended Complaint under § 1915(e), in an Order dated June 23, 2016, the Court determined Plaintiff's Amended Complaint was deficient.  The Court then gave Plaintiff directions for curing the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form civil rights complaint, and ordered him to cure the deficiencies within thirty days.

   Plaintiff has never responded to the order.  The Court last heard from Plaintiff on June 22, 2016, when he filed a motion that was denied months ago.

   **IT IS THEREFORE ORDERED** that Plaintiff's Complaint is **DISMISSED** for failure to state a claim under § 1915(e)(2)(B)(ii) and follow the Court's Order.  This case is **CLOSED.**

   DATED December 30, 2016.

   BY THE COURT:

   _____
   JUDGE JILL N. PARRISH
   United States District Court