AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

Central Division for the District of Utah

MIACHAEL SHAWN CASEY,

      Plaintiff,

v.

STATE OF UTAH et al.,

      Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:15CV891 JNP

IT IS ORDERED AND ADJUDGED

that Plaintiff's Complaint is dismissed for failure to state a claim under § 1915(e)(2)(B)(ii) and for failure to follow the Court's Order.

December 30, 2016

*Date*

D. Mark Jones

*Clerk of Court*